Jane M. Wright, administratrix &c. of George M. Wright, deceased, et al., appellants,

*v.*

William L. Wright, respondent.

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *Wright* v. *Wright, 6 Dick. Ch. Rep. 476.*

*Messrs. Grey & Grey,* for the appellants.

*Mr. John W. Wescott* and *S. Morris Waln* (of Philadelphia), for the respondent.

Per Curiam.

Decree affirmed, for reasons given in the court of chancery.

*For affirmance*—The Chief-Justice, Abbett, Depue, Reed, Van Syckel, Krueger, Smith—7.

*For reversal*—Dixon, Phelps—2.